PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. GOURLEY et al. (Supreme Court, Appellate Division, Second Department. March 31, 1910.) Proceeding by the People of the State of New York, on the relation of the New York Central & Hudson River Railroad Company, against James Gourley and others. No opinion. Motion for leave to appeal to the

Court of Appeals granted. Settle order on notice before Mr. Justice THOMAS. See, also, 121 N. Y. Supp. 1143.